IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABDUL BROWN,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 04-1361 |
| PENNSYLVANIA DEPARTMENT OF<br>CORRECTIONS, et al.,<br>    Defendants. | )<br>)<br>)<br>)<br>) |

O R D E R

AND NOW, this 28th day of Sept 2005, after the plaintiff filed a civil rights complaint in the above-captioned case, and after a motion for summary judgment was submitted by defendant Pete Saavedra, and after a Report and Recommendation was issued by the United States Magistrate Judge, and the parties were granted ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the pleadings, and the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that the motion for summary judgment submitted on behalf of defendant Pete Saavedra (Docket No. 50) is granted.

United States District Judge

cc: Abdul Brown
DP-2655
SCI Fayette
Box 9999
LaBelle, PA 15450-0999

Kemal Alexander Mericli
Office of the Attorney General
564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh, PA 15219

Honorable Robert C. Mitchell
United States Magistrate Judge