IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABDUL BROWN,<br>      Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 04-1361<br>) |
| PENNSYLVANIA DEPARTMENT OF<br>CORRECTIONS, et al.,<br>      Defendants. | )<br>)<br>)<br>) |

O R D E R

AND NOW, this 18th day of Sept 2006, after the plaintiff filed a civil rights complaint in the above-captioned case, and after motions for summary judgment were submitted by the plaintiff and by the remaining defendants in this case, and after a Report and Recommendation was issued by the United States Magistrate Judge, and the parties were granted thirteen days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the pleadings, and the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that the plaintiff's motion for summary judgment (Docket No. 72) is denied;

IT IS FURTHER ORDERED that the motion for summary judgment submitted by remaining defendants Pennsylvania Department of Corrections, Jeffrey A. Beard, William Stickman, Lance Couturier, Fred Maue, Donald Williamson, Ronald Blandford, Neal Mechling, Louis Folino and Counselor Ivan (Docket No. 83) is granted, and judgment is entered accordingly.

IT IS ALSO ORDERED that pursuant to Rule 4(a)(1) of the F.R.App.P., if the

plaintiff desires to appeal from this Order, he must do so within thirty (30) days by filing a notice of appeal as provided by Rule 3 F.R.App.P.

_____
United States District Judge

cc:  Abdul Brown
DP-2655
SCI Fayette
Box 9999
LaBelle, PA  15450-0999

Kemal Alexander Mericli
Mariah Passarelli
Office of the Attorney General
564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh, PA  15219

Honorable Robert C. Mitchell
United States Magistrate Judge