IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ABDUL BROWN,                          )
         Plaintiff,                   )
                                      )
     v.                               )   Civil Action No. 04-1361
                                      )
PENNSYLVANIA DEPARTMENT OF            )
CORRECTIONS, ET AL.,                  )
         Defendants.                  )

## ORDER

AND NOW, this 10th day of Dec, 2006, upon consideration of plaintiff's "Motion for Allowance of Appeal Nun Pro Tunc" [document #95], IT IS HEREBY ORDERED that plaintiff's motion is GRANTED. The order adopting the Report and Recommendation of U.S. Magistrate Judge Robert C. Mitchell, dated September 18, 2006, is hereby vacated. Plaintiff shall have 30 days from the date of this order to file his objection to the Magistrate Judge's Report and Recommendation.

BY THE COURT:

_____, J.

cc:  The Honorable Robert C. Mitchell,
     United States Magistrate Judge

     Abdul Brown, DP-2655
     SCI-Fayette
     Box 9999
     LaBelle, PA  15450

     Mariah L. Passarelli,
     Deputy Attorney General
     6th floor, Manor Complex
     564 Forbes Avenue
     Pittsburgh, PA  15219