IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABDUL BROWN,<br>     Plaintiff,<br><br>    v.<br><br>PENNSYLVANIA DEPARTMENT OF<br>CORRECTIONS, et al.,<br>     Defendants. | )<br>)<br>)<br>) Civil Action No. 04-1361<br>)<br>)<br>)<br>) |

ORDER OF COURT

AND NOW, this 27th day of December, 2006, IT IS HEREBY ORDERED that Plaintiff's Motion to Order Defendants' Attorney to Send Plaintiff Another Copy of Motion for Summary Judgment [document #98] is DENIED AS MOOT.

BY THE COURT:

_____, J.

cc:   All Counsel of Record

     Abdul Brown, DP-2655
     State Correctional Institution at Fayette
     50 Overlook Drive
     Labelle, PA 15450