IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ABDUL BROWN,                                )
          Plaintiff,                   )
                                  )
                v.                 )   Civil Action No. 04-1361
                                  )
PENNSYLVANIA DEPARTMENT OF     )
CORRECTIONS, et al.,                        )
          Defendants.              )

 O   R   D   E   R

AND NOW, this 12th day of January 2007, after the plaintiff filed a civil rights complaint

in the above-captioned case, and after motions for summary judgment were submitted by the

plaintiff and by the remaining defendants in this case, and after a Report and Recommendation

was issued by the United States Magistrate Judge (Document No. 92), and the plaintiff was

accorded a time period to file written objections thereto (Document No. 99), and upon

consideration of the objections filed by the plaintiff (Document Nos. 102-104), and upon

independent review of the pleadings, and the Magistrate Judge's Report and Recommendation,

which is adopted as the opinion of this Court,

IT IS ORDERED that the plaintiff's motion for summary judgment (Document No. 72) is

denied;

IT IS FURTHER ORDERED that the motion for summary judgment submitted by

remaining defendants Pennsylvania Department of Corrections, Jeffrey A. Beard, William

Stickman, Lance Couturier, Fred Maue, Donald Williamson, Ronald Blandford, Neal Mechling,

Louis Folino and Counselor Ivan (Document No. 83) is granted, and judgment is entered accordingly.

IT IS ALSO ORDERED that pursuant to Rule 4(a)(1) of the F.R.App.P., if the plaintiff desires to appeal from this Order, he must do so within thirty (30) days by filing a notice of appeal as provided by Rule 3 F.R.App.P.

United States District Judge

cc:     Abdul Brown
        DP-2655
        SCI Fayette
        Box 9999
        LaBelle, PA  15450-0999

        Kemal Alexander Mericli
        Mariah Passarelli
        Office of the Attorney General
        564 Forbes Avenue
        6th Floor, Manor Complex
        Pittsburgh, PA  15219

        Honorable Robert C. Mitchell
        United States Magistrate Judge

3