IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABDUL BROWN, DP-2655,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 04-1361<br>) |
| PENNSYLVANIA DEPARTMENT OF<br>CORRECTIONS, et al.,<br>    Defendants. | )<br>)<br>)<br>) |

ORDER

AND NOW, this 16 day of March, 2007, after the plaintiff submitted a request that the Court provide him with copies of the voluminous record in this case so that he may proceed with his appeal, and it appearing that the plaintiff can make arrangements with the Clerk of Court to secure copies of any documents he desires to have prepared at a nominal cost, but that for the immediate purpose of appeal he does not need more than a copy of the Report and Recommendation of the Magistrate Judge as well as the Order of this Court adopting the same and entering judgment thereon,

IT IS ORDERED that the plaintiff's request for voluminous portions of the record is DENIED.

However, as a matter of courtesy, we are furnishing him herewith with a copy of the Report and Recommendation, the Order adopting the same and the judgment entered in this case.

s/ Gary L. Lancaster
United States District Judge